UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION AT RIVERSIDE
COURT FILE NO.: 5:14-CV-00056-JGB-DTB

| | |
|---|---|
| ANDREA GARNER,<br><br>         Plaintiff,<br>v.<br><br>NATIONAL LAW GROUP, INC.<br><br>         Defendant. | **CIVIL ACTION**<br><br><br>**DISMISSAL WITHOUT PREJUDICE** |

**NOTICE ON PLAINTIFF'S REQUEST DISMISSING ACTION WITHOUT PREJUDICE ANDWITHOUT COSTS OR FEES TO EITHER PARTY**

BE IT KNOWN, Plaintiff seeks dismissal of the above captioned action, without prejudice and without fees or costs to either side. Should any party to this lawsuit have good cause as to why Plaintiff's requested relief should be denied, said party shall come forth and be heard.

Dated: June 9, 2014

                              Respectfully submitted,

                              /s/ G. Thomas Martin
                              G. Thomas Martin, III (SBN 218456)
                              15760 Ventura Blvd., Suite 1100
                              Encino, CA 91436
                              Attorney for Plaintiff